March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Joel Fermin,
        Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(__)(__)

21 Mag 803

Defendant __Joel Fermin_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**    Preliminary Hearing on Felony Complaint

**X**    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

__/s/ Joel Fermin by SDA__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Joel Fermin**
Print Defendant's Name

_____
Defense Counsel's Signature

**Benjamin Zeman**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__1-21-21__
Date

_____
U.S. Magistrate Judge